No. 63641.—H. Liebes & Company *v.* United States, protest 59/6937 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63642.—Silver Hill Products, Inc. *v.* United States, protest 59/7051 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63643.—Rafidane Corporation *v.* United States, protest 59/7537 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63644.—Peterson's, Ltd., Inc. *v.* United States, protest 59/7776 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63645.—Jung Forwarding Co. *v.* United States, protest 59/8416 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63646.—M. B. Daniels & Co., Inc. *v.* United States, protest 59/8594 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63647.—Hudson Shipping Co., Inc. *v.* United States, protest 59/10674 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63648.—J. J. Hayes Company for Firestone Tire & Rubber Co. *v.* United States, protests 59/10677 and 59/10678 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.